**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD POTTS,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>RONNIE HOLT, *et al.*,<br><br>　　Defendants. | CIVIL ACTION NO. 3:CV-12-1441<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

**ORDER**

**NOW**, this 8th day of April, 2014, **IT IS HEREBY ORDERED** that:

(1)　The Report and Recommendation (Doc. 51) is **ADOPTED in part, MODIFIED in part, and REJECTED in part** for the reasons set forth in the accompanying Memorandum.

(2)　Defendants' Motion to Dismiss and/or for Summary Judgment (Doc. 39) is **GRANTED** on the basis of qualified immunity.

(3)　Judgment is **ENTERED** in favor of Defendants and **AGAINST** Plaintiff on all claims.

(4)　The Clerk of Court is directed to mark the case as **CLOSED**.

　　　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　United States District Judge