IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD POTTS,

    Plaintiff,

v.

RONNIE HOLT, *et al.*,

    Defendants.

NO. 3:12-CV-01441

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this ___ day of August, 2017, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 77) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 77) is **ADOPTED in its entirety**.

(2) Defendants' Motion to Dismiss (Doc. 69) is **GRANTED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

_____
A. Richard Caputo
United States District Judge