# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD POTTS,<br><br>    Plaintiff,<br><br>        v.<br><br>RONNIE HOLT, *et al.*,<br><br>    Defendants. | NO. 12-cv-1441<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 29th day of January, 2018, **IT IS HEREBY ORDERED** that:

(1) Plaintiff Richard Potts' Motion for Relief from Judgment (Doc. 82) is **GRANTED**.

(2) Plaintiff is directed to file any objections to the July 19, 2017 Report and Recommendation within 30 days of the entry of this order.

(3) The Clerk of Court is directed to serve upon Plaintiff at his current address of record a copy of both (1) the July 19, 2017 Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 77) and (2) this opinion and order.

(4) To the extent objections are filed, Defendants are directed to file any opposition within the time provided by the local rules.

                                                     /s/ A. Richard Caputo
                                                     A. Richard Caputo
                                                     United States District Judge